UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMAL I. SCOTT                                                          CIVIL ACTION

VERSUS                                                                  NUMBER: 14-2381

PARISH OF JEFFERSON, ET AL.                                             SECTION: "F"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's claims are dismissed pursuant to and 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE